**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **Think Media Stuidos, LLC** ) | |
| ) | |
| ) | Case No.     1:22-cv-583 |
| v.                            ) | |
| ) | Corporate Disclosure Statement |
| **Twin City Fire Ins. Co., et al.** ) | |
| ) | |
| ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Twin City Fire Insurance Company**
_____.

1.     Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
___×___ Yes         _____ No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

> **Twin City Fire Insurance Company, an Indiana corporation, is wholly owned by Hartford Fire Insurance Company, a Connecticut corporation. Hartford Fire Insurance Company is a wholly owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation**

2.     Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes         ___×___ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

> 

**/s/ Katheryn M. Lloyd**
_____

(Signature of Counsel)

**April 11, 2022**
_____

(Date)

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Defendant Twin City Fire

Insurance Company's Corporate Disclosure Statement was uploaded to the Court's electronic

filing system this 11th day of April, 2022, and additionally served via electronic mail upon:

Steven Babin
Gayle P. Vojtush
BABIN LAW, LLC
22 East Gay St., Suite 200
Columbus, Ohio 43215
steven.babin@babinlaws.com
gayle.vojtush@babinlaws.com

*Counsel for Plaintiff*
*Think Media Studios, LLC.*

/s/ Katheryn M. Lloyd

*One of the attorneys for Defendant Twin
City Fire Ins. Co.*